**Order entered August 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00214-CR

**ANTHONY TERRENCE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-71255-V**

## ORDER

The Court **REINSTATES** the appeal.

On July 2, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; and (3) counsel represented that appellant's brief would be filed by August 18, 2014.

We **ORDER** appellant to file his brief by **AUGUST 18, 2014**. Because the brief is already almost three months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will order that William Barr be removed as appellant's appointed attorney and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court, and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE